JOHN M. JONES, RESPONDENT, *v.* THOMAS CHANTRY, APPELLANT.

A party who directs an obstruction to be put in a highway, cannot shield himself from liability, by showing that it was put there by a contractor.

APPEAL from a judgment, entered on the verdict of a jury, in an action brought to recover for damages sustained by plaintiff, he being thrown from a wagon while driving on a public highway, by reason of obstructions placed there by defendant's contractor, under defendant's direction.

*J. Thomas Spriggs*, for the appellant.

*W. Kernan*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.